GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

MAY 3 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Tod Zeppelin Schooley,<br><br>                    Defendant. | No. CR22-589-PHX-GMS (MTM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(8) and 924(a)(2)<br>(Possession of a Firearm by a Prohibited Person)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 20, 2021, in the District of Arizona, Defendant TOD ZEPPELIN SCHOOLEY, knowing he was subject to a court order issued by Maricopa County Superior Court in matter FC2020-097453 on October 27, 2020, that was re-affirmed after a hearing on November 20, 2020 of which Defendant TOD ZEPPELIN SCHOOLEY received actual notice and had an opportunity to participate, restraining him from harassing, stalking, or

threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury that included a finding that the defendant was a credible threat to the physical safety of the intimate partner, Defendant TOD ZEPPELIN SCHOOLEY did knowingly possess a Mossberg 500 12-gauge shotgun serial number U312388, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Count 1 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable, including, but not limited to, the following property involved and used in the offense:

(1) a Mossberg 500 12-gauge shotgun serial number U312388,

If any forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21

U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  May 31, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
ADDISON SANTOME
Assistant U.S. Attorney

- 3 -